THEODORE K. McCARTHY, Appellant, v. MARK JOVESHOF, Respondent. (Supreme Court.) AUGUSTINE A. AUSTIN, INC., Plaintiff, v. MARK JOVESHOF, Defendant. (City Court of City of New York.) — Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Dore, J. P., Cohn, Van Voorhis, Shientag and McCurn, JJ.; Shientag, J., taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VITO CAPOZZI, Appellant.— Judgment reversed and the information dismissed. The evidence is insufficient to establish the guilt of the defendant beyond a reasonable doubt. (*People* v. *Richardson*, 287 N. Y. 563; *People* v. *Goldstein*, 295 N. Y. 61.) Present — Dore, J. P., Cohn, Van Voorhis, Shientag and McCurn, JJ.; Dore and Shientag, JJ., dissent and vote to affirm.

IRVING J. WEINTRAUB, Appellant, v. WELLMADE LEATHER GOODS CO., INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Van Voorhis, Shientag and McCurn, JJ. [See *post*, p. 926.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID S. ROMANOV, Appellant.— Judgment unanimously affirmed. No opinion. Present — Dore, J. P., Cohn, Van Voorhis, Shientag and McCurn, JJ.

In the Matter of the Estate of JAC L. HOFFMAN, Deceased. ROSAMOND D. HOFFMAN, Appellant; STEPHEN DRYFOOS et al., as Executors and Trustees under the Will of Jac L. Hoffman, Deceased, et al., Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Dore, J. P., Cohn, Van Voorhis, Shientag and McCurn, JJ.

In the Matter of 303 LEXINGTON AVE., INC., Petitioner, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority of the State of New York, Respondents.— Determination unanimously confirmed, with $50 costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Cohn, Van Voorhis, Shientag and McCurn, JJ. [See *post*, p. 927.]

MICHAEL'S DISTRIBUTORS, INC., Respondent, v. NEW YORK CITY SOCIETY OF THE METHODIST CHURCH, Defendant, and JANE STREET GARAGE, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Van Voorhis, Shientag and McCurn, JJ.

LUCILLE DE C. ETWANIG, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Defendant, and MOSES ETWANIG et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Van Voorhis, Shientag and McCurn, JJ.